IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                         October 25, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


ROBERT COSTELLOE, et al

vs                                              CIVIL 97-2334CCC

UNITED SURETY, DANOSA METAL
ROOFING, INC., et al


By order of the Court, a **pretrial conference is hereby set for November 18, 1999 at 4:30 PM.** Parties to be notified.

*ml* - Secretary

s/c A. Fernández
H. Saldaña
I. Boneta

OCT 2 9 1999