IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    November 18, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


ROBERT COSTELLOE, et al

vs                                         CIVIL 97-2334CCC

UNITED SURETY & INDEMNITY
CO., et al


At the pretrial conference held today present were: Alfredo Fernández-Martínez, counsel for plaintiffs, Roberto Boneta and Héctor Saldaña-Egozcué, counsel for defendants. The parties informed that they are close to settling case. They are granted until December 17, 1999 to file stipulation. If not, the case to be reset for pretrial. Parties notified.

                                                        - Secretary

s/c: A. Fernández
     H Saldaña
     R. Boneta

NOV 2 3 1999