IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERT COSTELLOE, DEBORAH
COSTELLOE, LIFETIME ROOFING, LTD.

Plaintiffs

vs                                            CIVIL 97-2334CCC

UNITED SURETY, DANOSA METAL
ROOFING, INC., JOHN DOE

Defendants

## ORDER

The Motion Requesting Additional Time filed by plaintiffs on December 21, 1999 (**docket entry 47**) is MOOT. Their Second Motion Requesting Additional Time (**docket entry 48**) is GRANTED. A final extension until February 20, 2000 is allowed to file the settlement agreement. No further extension will be entertained.

Case to be returned on follow-up immediately after February 20, 2000.

SO ORDERED.

At San Juan, Puerto Rico, on January 25, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)