IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERT COSTELLOE, DEBORAH
COSTELLOE, LIFETIME ROOFING, LTD.

Plaintiffs

vs   CIVIL 97-2334CCC

UNITED SURETY, DANOSA METAL
ROOFING, INC., JOHN DOE

Defendants

**ORDER**

The Motion Withdrawing Legal Representation (**docket entry 50**) is DENIED. The November 18, 1999 pretrial conference was vacated based on the representation made by both parties that they were close to settling the case. Plaintiffs subsequently requested two extensions of time to file the settlement stipulation. They were granted a final extension until February 20, 2000.

A month later the parties have yet to file the settlement agreement. No explanation has been provided for not doing so.

This is a 1997 case which will be unduly delayed and disrupted by a change of counsel at this late date. Case will be reset for pretrial and set for trial by separate order.

SO ORDERED.

At San Juan, Puerto Rico, on April 4th, 2000.

CARMEN CONSUELO CEREZO
United States District Judge