IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERT COSTELLOE, DEBORAH
COSTELLOE, LIFETIME ROOFING, LTD.

Plaintiffs

vs                                           CIVIL 97-2334CCC

UNITED SURETY, DANOSA METAL
ROOFING, INC., JOHN DOE

Defendants

**O R D E R**

A **pretrial conference is reset for June 1, 2000 at 4:45 PM.**

The **jury trial in this action will be held on July 19, 2000 at 9:30 AM.** The parties are hereby GRANTED a term of fifteen (15) days after notice to inform of any calendar conflicts or other reasons which may justify a continuance of this setting. The parties are admonished that if no objections are raised to this setting within the term allowed, NO CONTINUANCES WILL LATER BE GRANTED. They are expressly advised that trial will not be continued because counsel have agreed to recommend a settlement. A trial date will be passed ONLY IF A SETTLEMENT HAS BEEN FIRMLY BOUND.

The parties are advised that pursuant to an order of the Court entered on October 25, 1996 by unanimous agreement of the Active Judges in Miscellaneous No. 96-125(CCC), the following order of procedure was established to resolve calendar conflicts amongst judicial officers:

   a. Trials shall take precedence over all other hearings.

   b. Jury trials shall take precedence over non-jury trials.

   c. Criminal cases shall take precedence over civil cases.



AO 72A
(Rev.8/82)

CIVIL 97-2234CCC                                          2

    d. Criminal cases involving defendants in custody shall take precedence over other criminal cases.

    e. Among criminal cases not involving defendants who are in custody, the case having the earliest docket number shall take precedence over the others.

    f. Among civil cases, the case having the earliest docket number shall take precedence over the others.

    Counsel are advised that, pursuant to such Order, when there is a conflict between court appearances they have the obligation to notify the Courtroom Deputy of each Judge involved, in writing, not later than three (3) business days after receipt of the notice giving rise to the conflict, indicating the names and docket numbers of each case and the date and time of the conflicting hearings.

    SO ORDERED.

    At San Juan, Puerto Rico, on April 4, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

# U.S. DISTRICT COURT
# DISTRICT OF PUERTO RICO

### INTERPRETER REQUISITION FORM
(FOR CIVIL CASES)

*Robert Costelloe et al*
*vs*
*United Surety, et al*

1. Title and number of case: CV # __97-2334 (CC)__
2. Will any of your witnesses need an interpreter? YES [ ]  NO [ ]
3. If the reply to question #2 is 'NO', do not answer any more questions. If reply is 'YES', state estimated length of trial:
   _____ days. Date of commencement of trial: __July 19__, 19__2000 at 9:30__
4. Which party do you represent? Plaintiff [ ]  Defendant [ ]
5. How many of your witnesses will need an interpreter? _____ witnesses.
6. List the witnesses who will need an interpreter in their order of appearance, and give an estimate of the duration of each of their direct or cross-examination (in hours).

| ## | WITNESS' NAME | DURATION OF TESTIMONY | DATE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

(REPORT ADDITIONAL WITNESSES ON AN ATTACHED SHEET)

7. Are any of the witnesses who require an interpreter, expert witnesses? If so, submit for each of them a resume, a summary of their testimony and a list of technical vocabulary to be used.
8. Return the completed form to the Courtroom Deputy Clerk, __Freda Ramirez__ prior to the marking of exhibits.
9. Name and signature of attorney making this request:

   Name: _____

   Signature: _____

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
FEDERICO DEGETAU FEDERAL BLDG - RM 150
CARLOS CHARDON AVE
HATO REY, PUERTO RICO 00918-1767

NOTICE TO COUNSEL
(92-21)

IN RE: SERVICES OF COURT INTERPRETERS

In order to effectively administer the services of Court Interpreters, you are required to submit an Interpreter Requisition Form for every civil case. (See form attached).

This form must be submitted immediately after the case is set for trial or for any other hearing requiring the service of an interpreter. It may be delivered personally to any of our Intake Clerks or it may be sent by mail.

The form must be in our office one week prior to the scheduled trial or hearing to facilitate the assignment of the Court Interpreter. This procedure becomes effective this 29th day of May, 1992.

In San Juan, Puerto Rico, this 29th day of May, 1992.

Lydia Pelegrín
Clerk of Court