IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERT COSTELLOE, DEBORAH
COSTELLOE, LIFETIME ROOFING, LTD.

Plaintiffs

vs                                             CIVIL 97-2334CCC

UNITED SURETY, DANOSA METAL
ROOFING, INC., JOHN DOE

Defendants

ENTERED ON DOCKET
4-20-00 PURSUANT
TO FRCP RULES 58 & 79a

## JUDGMENT

Having considered the Settlement Stipulation (**docket entry 54**) and the Joint Motion for Voluntary Dismissal With Prejudice (**docket entry 55**) the same are APPROVED and GRANTED. This action is DISMISSED, with prejudice, pursuant to the terms and conditions of said Stipulation which are made part of this Judgment. Each party to bear its own costs and attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on April 19, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c A. Fernandez
H. Saldaña
R. Bonelo

4-20-00

AO 72A
(Rev.8/82)